892 F.2d 1238w
 133 L.R.R.M. (BNA) 2497, 114 Lab.Cas. P 12,026,
15 Fed.R.Serv.3d 916, RICO Bus.Disp.Guide 7422
 Frank LANDRY, et al., Plaintiffs-Appellants,
v.
AIR LINE PILOTS ASSOCIATION INTERNATIONAL AFL-CIO, Taca
Airlines, S.A. and Charles J. Huttinger,
Defendants-Appellees.
 No. 88-3363.
 United States Court of Appeals,
Fifth Circuit.
 Jan. 31, 1990.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 901 F.2d 404.